UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CARLOS FLORES OLIVARES, and GABRIELA ORTIZ, *individually and on behalf of others similarly situated*,

                           *Plaintiffs*,

-against-

W.M.E RESTAURANT CORP (D/B/A EL POLLO RESTAURANT II), WILLIAM BARRANTES, and MIRIAM PERALTA,

                           *Defendants*.
-------------------------------------------------------------------X

Civil Action No. **1:22-cv-02312**

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    Joseph Tsai, Esq.
         **Tsai PLLC**
         535 5th Avenue, 4th Floor
         New York, NY 10017
         *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiffs CARLOS FLORES OLIVARES, and GABRIELA ORTIZ hereby accept the offer of judgment made by Defendants W.M.E RESTAURANT CORP (D/B/A EL POLLO RESTAURANT II), DEJ RESTAURANT CORP. (D/B/A EL POLLO II RESTAURANT), WILLIAM BARRANTES, and MIRIAM PERALTA pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated 6/20/23. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
          June 20, 2023

                                           */s/ Jarret Bodo*
                                           Jarret Bodo
                                           CSM LEGAL, P.C.
                                           60 East 42nd Street, Suite 4510
                                           New York, NY 10165
                                           (212) 317-1200
                                           *Attorneys for Plaintiff*