UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARLOS FLORES OLIVARES and GABRIELA ORTIZ, *individually and on behalf of others similarly situated,*

Docket No. **1:22-cv-02312**

*Plaintiffs,*

-against-

W.M.E RESTAURANT CORP (D/B/A EL POLLO RESTAURANT II), WILLIAM BARRANTES, and MIRIAM PERALTA,

**JUDGMENT**

*Defendants.*

-------------------------------------------------------------X

## JUDGMENT

On 6/22/2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiffs, CARLOS FLORES OLIVARES and GABRIELA ORTIZ, have judgment against W.M.E RESTAURANT CORP (D/B/A EL POLLO RESTAURANT II), DEJ RESTAURANT CORP. (D/B/A EL POLLO II RESTAURANT), WILLIAM BARRANTES, and MIRIAM PERALTA, jointly and severally, in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

June 27 2023

BRENNA B. MAHONEY
CLERK OF COURT

By: *Jalitza Poveda*
Deputy Clerk